```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 24554
    LOUIS BURKE
    DEDRA HALEY BURKE                          CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5728     SSN XXX-XX-8297


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/30/2004 and was confirmed 08/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  85.15% from remaining funds.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHARTER ONE MORTGAGE      CURRENT MORTG        .00              .00             .00
CITIFINANCIAL             CURRENT MORTG        .00              .00             .00
GENERAL MOTORS ACCEPTANC  SECURED          17050.00           628.96        17050.00
GENERAL MOTORS ACCEPTANC  UNSECURED         7096.23             .00          6042.51
WASHINGTON MUTUAL         CURRENT MORTG        .00              .00             .00
SHERMAN ACQUISITION       UNSECURED         6075.85             .00          5173.65
ROUNDUP FUNDING LLC       UNSECURED        11051.60             .00          9410.55
CARSON PIRIE SCOTT        UNSECURED         1904.42             .00          1621.63
CITIBANK                  UNSECURED        NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         3779.33             .00          3218.14
CHASE CARD SERVICES       UNSECURED         2102.21             .00          1790.05
ECAST SETTLEMENT CORP     UNSECURED         2153.16             .00          1833.44
WORLD FINANCIAL NETWORK   UNSECURED OTH     3497.22             .00          2978.16
HOUSEHOLD CREDIT SERVICE  UNSECURED        NOT FILED            .00             .00
RETAILERS NATIONAL BANK   UNSECURED         3356.02             .00          2857.68
SEARS ROEBUCK & CO        UNSECURED        NOT FILED            .00             .00
TARGET                    UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1746.59             .00          1487.24
WAL MART STORES INC       UNSECURED        NOT FILED            .00             .00
WELLS FARGO FINANCIAL IL  UNSECURED OTH      668.30             .00           569.05
WELLS FARGO FINANCIAL NA  UNSECURED         1659.69             .00          1413.24
WASHINGTON MUTUAL         MORTGAGE ARRE      411.85             .00           411.85
WASHINGTON MUTUAL         NOTICE ONLY          .00              .00             .00
SHERMAN ACQUISITION       UNSECURED         1694.99             .00          1443.30
CHASE CARD SERVICES       SECURED            200.00            6.01           200.00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT      194.00             .00           194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                           3,330.54
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24554 LOUIS BURKE & DEDRA HALEY BURKE
```

```
                         RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 64,360.00

PRIORITY                                          194.00
SECURED                                        17,661.85
    INTEREST                                      634.97
UNSECURED                                      39,838.64
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            3,330.54
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                  64,360.00              64,360.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 08/27/08    _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```